■ In the Matter of WADSWORTH PROPERTIES CORP., Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— Order unanimously affirmed, without costs. (See *Matter of Bajart Management*, v. *Weaver*, 8 A D 2d 56.) Moreover, the commission is free to exercise its discretion in determining the nature and effect of the second sale and whether it meets the statutory requirements. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ FRED DRABIK, Respondent, v. ROBERT VALLE, Appellant.— Order unanimously reversed on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellant, and defendant's motion to dismiss the complaint for lack of prosecution is granted, with $10 costs. The clerk is directed to enter judgment accordingly. No adequate excuse was presented for the delay of more than three years to file a note of issue until the motion was made to dismiss. Moreover, coupled with the inadequate excuse is the failure to submit any affidavit of merits by the plaintiff. Under the circumstances, Special Term should have dismissed the complaint unconditionally. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ VERLIE FORSYTH, Respondent-Appellant, v. VANTAGE PRESS, INC., Appellant-Respondent.— Order unanimously modified in the court's discretion to the extent of striking paragraph 4 from the amended complaint and, as so modified, affirmed, with $20 costs and disbursements to defendant. Plaintiff may, if so advised, serve an amended complaint within 20 days after service of the order entered herein with notice of entry thereof. Paragraph 4 consists solely of a conclusion of law and has no place in the complaint. More properly it would be a subject of the court's charge, provided the evidence so warrants. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ YETTA SMITH et al., Respondents, v. 1630 GRAND AVENUE CORPORATION, Appellant.— Order granting plaintiffs' motion to vacate a dismissal of the complaint for lack of prosecution and vacating the judgment of dismissal entered thereon unanimously reversed, on the facts and in the exercise of discretion, with $20 costs and disbursements to defendant-appellant, and the motion denied, with $10 costs. There has been insufficient excuse presented for the delay in this case. (*Gallagher* v. *Clafington, Inc.*, 7 A D 2d 627; *Lakowitz* v. *Marlin Gardens*, 5 A D 2d 981.) Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.